UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Evatrus Derjuan Moss, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-3468 |
| | § | |
| Lorie Davis, | § | |
|    Respondent. | § | |

## Order of Adoption

On April 23, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation recommending that Evatrus Derjuan Moss's petition for writ of habeas corpus be dismissed with prejudice. Moss filed objections, which are denied. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed _____June 10_____ 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge